No. 94–1837.  BARNETT BANK OF MARION COUNTY, N. A. *v.* GALLAGHER, FLORIDA INSURANCE COMMISSIONER, ET AL.  C. A. 11th Cir.  Motion of Consumer Bankers Association et al. for leave to file a brief as *amici curiae* granted.  Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, November 9, 1995. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 8, 1995. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, December 28,

1995. This Court's Rule 29.2 does not apply.